**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6216**

───────────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

     versus

MARK ANTHONY ROBERTS,

                                   Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, District Judge. (CR-96-68)

───────────────

Submitted: April 18, 2002            Decided: April 30, 2002

───────────────

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Cheryl Johns Sturm, Chadds Ford, Pennsylvania, for Appellant. Mary Gordon Baker, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Anthony Roberts seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Roberts, No. CR-96-68 (D.S.C. Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2